UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2011 MAR 24  PM 3:22

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WILFREDO TORRES-VALENZUELA,<br><br>                Defendant. | CASE NO. 11CR0475-JLS<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____    the Court has dismissed the case for unnecessary delay; or

_____    the Court has granted the motion of the Government for dismissal; or

_____    the Court has granted the motion of the defendant for a judgment of acquittal; or

_____    a jury has been waived, and the Court has found the defendant not guilty; or

_____    the jury has returned its verdict, finding the defendant not guilty;

__X__    of the offense(s) on the Information of:

        8:1326(a) and (b) - Deported Alien Found in the United States (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/24/11

LOUISA S PORTER
UNITED STATES MAGISTRATE JUDGE

FILED
MAR 2 4 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED ON _____